**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AAMCO TRANSMISSIONS, LLC f/k/a
AAMCO TRANSMISSIONS, INC.,

      *Petitioner,*

  v.

A PLUS TECH, INC. and SUNG BONG
CHO,

      *Respondents.*

CIVIL ACTION

NO. 25-6327

## <u>ORDER</u>

**AND NOW**, this 13th day of March 2026, upon consideration of the Petition to Confirm Arbitration Award, (Dkt. No. 1), it is hereby **ORDERED** that:

1.     The Petition, (Dkt. No. 1), is **GRANTED**.  The Arbitrator's Final Award dated November 8, 2024, (Pet. Ex. B, Dkt. No. 1), is **CONFIRMED**.

2.     The Court enters judgment in favor of AAMCO Transmissions, LLC and against A Plus Tech, Inc. and Sung Bong Cho in the amount of **$337,195.19**.  They also shall, jointly and severally, reimburse AAMCO Transmissions, LLC for its prepaid Arbitrator Fees in the amount of **$18,187.50**.

3.     The Clerk of the Court shall **CLOSE** the case.

                  BY THE COURT:

                  ***/s/ Gerald J. Pappert***
                  Gerald J. Pappert, J.